NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5038

MANOR CARE, INC. (formerly known as HCR MANOR CARE, INC.),
HCR MANOR CARE, INC., and MANOR CARE OF AMERICA, INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 07-CV-776, Judge Lawrence M. Baskir.

ON MOTION

ORDER

Upon consideration of the appellants' motion for an extension of time, until March 22, 2010, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

_____
MAR 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gerald A. Kafka, Esq.
Bethany B. Hauser, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 3 2010

JAN HORBALY
CLERK